IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:18-CR-230-O |
| DENISE CROS-TOURE (1)<br>MOHAMED TOURE (2) | |

## NOTICE OF APPEARANCE
## FOR THE UNITED STATES OF AMERICA

Please take notice that the undersigned Assistant United States Attorney has been designated as counsel for forfeiture and restitution matters, in addition to, not replacement of, lead Assistant United States Attorney prosecuting this cause.

    Respectfully submitted,

    ERIN NEALY COX
    United States Attorney

    */s/ Beverly K. Chapman*
    BEVERLY K. CHAPMAN
    Assistant United States Attorney
    Illinois Bar No. 6317514
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    E-mail: beverly.chapman@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Appearance as Forfeiture and Restitution Counsel

was served on November 21, 2018, pursuant to the district court's ECF system as to ECF filers.

*/s/ Beverly K. Chapman*
BEVERLY K. CHAPMAN
Assistant United States Attorney