IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                       No. 4:18-CR-230-O

DENISE CROS-TOURE (01)
MOHAMED TOURE (02)

## GOVERNMENT'S AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Bridget Ajufo | Photo of D.D. with 2 small children | _____ | _____ | _____ |
| 2. | Bridget Ajufo | Photo of D.D. sitting on the stairs | _____ | _____ | _____ |
| 3. | Christine Ajufo | Photo of D.D. | _____ | _____ | _____ |
| 4. | Christine Ajufo or Leslie Dompka | Map of defendants' neighborhood | _____ | _____ | _____ |
| 5. | Christine Ajufo | Photo of D.D. | _____ | _____ | _____ |
| 6. | Kimberly Villa | Photo of D.D. | _____ | _____ | _____ |
| 7. | Maladho Diallo or D.D. | Photo of D.D. from visa | _____ | _____ | _____ |
| 8. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 9. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 10. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 12. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 13. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 14. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 15. | Maladho Diallo or D.D. | Diallo family photo | _____ | _____ | _____ |
| 16. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | _____ | _____ | _____ |
| 17. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | _____ | _____ | _____ |
| 18. | D.D. | Photo of defendants' children, Cros-Toure's sister, and D.D. | _____ | _____ | _____ |
| 19. | D.D. | Photo of Saran Toure with twin beds | _____ | _____ | _____ |
| 20. | D.D. | Photo of Saran Toure's bedroom with queen sized bed | _____ | _____ | _____ |
| 21. | D.D. or Anthony Meehan | Photo of R. Toure's bedroom with purple walls | _____ | _____ | _____ |
| 22. | D.D. or Anthony Meehan | Photo of R. Toure's bedroom with purple walls | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 23. | D.D. or Anthony Meehan | Photo of R. Toure's bedroom | _____ | _____ | _____ |
| 24. | D.D. | Photo of R. Toure's bedroom with partially painted wall | _____ | _____ | _____ |
| 25. | D.D. | Photo of mattresses in defendants' garage | _____ | _____ | _____ |
| 26. | D.D. or Katy Wade or Bridget Ajufo | Photo of D.D. sitting on stairs | _____ | _____ | _____ |
| 27. | D.D. | Photo of storage bin in defendants' garage | _____ | _____ | _____ |
| 28. | D.D. | Photo of storage bin in defendants' garage | _____ | _____ | _____ |
| 29. | D.D. | Photo of D.D. near a pond with two of defendants' children | _____ | _____ | _____ |
| 30. | D.D. | Photo of D.D. near a pond with two of defendants' children | _____ | _____ | _____ |
| 31. | D.D. | Photo of D.D. with short hair | _____ | _____ | _____ |
| 32. | D.D. | Photo of D.D. with short hair | _____ | _____ | _____ |
| 33. | D.D. | D.D. holding R. Toure | _____ | _____ | _____ |
| 34. | D.D. | Photo with R. Toure | _____ | _____ | _____ |
| 35. | D.D. | Photo with son of Djana Cros | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 36. | D.D. or Anthony Meehan | Photo of Tom Thumb near defendants' house | _____ | _____ | _____ |
| 37. | D.D. or Mashid Golbarani | Photo of Starbucks near defendants' house | _____ | _____ | _____ |
| 38. | D.D. or Anthony Meehan | Photo of shopping center near defendants' house | _____ | _____ | _____ |
| 39. | D.D. or Anthony Meehan | Photo of shopping center near defendants' house | _____ | _____ | _____ |
| 40. | D.D. or Anthony Meehan | Photo of shopping center near defendants' house | _____ | _____ | _____ |
| 41. | D.D. or Anthony Meehan | Photo of shopping center near defendants' house | _____ | _____ | _____ |
| 42. | D.D. or Anthony Meehan | Photo of shopping center near defendants' house | _____ | _____ | _____ |
| 43. | D.D. or Anthony Meehan | Photo looking at shopping center near defendants' house from Bicentennial Park | _____ | _____ | _____ |
| 44. | D.D. or Anthony Meehan | Photo looking at shopping center near defendants' house from Bicentennial Park | _____ | _____ | _____ |
| 45. | D.D. | Photo of counter in defendants' kitchen | _____ | _____ | _____ |
| 46. | D.D. | Photo of table in defendants' kitchen | _____ | _____ | _____ |
| 47. | D.D. or SSA Keith Knowles | Flashcards made by D.D. | _____ | _____ | _____ |
| 48. | D.D. or SSA Keith Knowles | Photo of flashcards made by D.D. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49. | D.D. or SSA Keith Knowles | Photo of flashcards made by D.D. | _____ | _____ | _____ |
| 50. | D.D. | Photo of D.D. with Ahmed Toure at cross-country event | _____ | _____ | _____ |
| 51. | D.D. | Photo of D.D. with Timou Toure at cross-country event | _____ | _____ | _____ |
| 52. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 53. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 54. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 55. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 56. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 57. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 58. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 59. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 60. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 61. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 62. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 63. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 64. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 65. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 66. | D.D. | Photo of birthday party for defendants' children | _____ | _____ | _____ |
| 67. | D.D. | Photo of defendants' mantle with Christmas stockings | _____ | _____ | _____ |
| 68. | D.D. | Photo of D.D. with Defendant Cros-Toure and children at a beach | _____ | _____ | _____ |
| 69. | D.D. | Photo of D.D. at the beach | _____ | _____ | _____ |
| 70. | D.D. | Photo of bookshelves and photographs in defendants' house | _____ | _____ | _____ |
| 71. | D.D. | Photo of dresser in defendants' bedroom | _____ | _____ | _____ |
| 72. | D.D. | Photo of D.D. with baseball hat on | _____ | _____ | _____ |
| 73. | D.D. | Photo of Ahmed Toure with braces | _____ | _____ | _____ |
| 74. | D.D. | Photo of Marcel Toure with braces | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 75. | D.D. | Photo of Sara Toure with braces | _____ | _____ | _____ |
| 76. | D.D. | Photo of Timou Toure with braces | _____ | _____ | _____ |
| 77. | D.D. | Photo of R. Toure with braces | _____ | _____ | _____ |
| 78. | D.D. or Matt Markovich | Photo of D.D. with Swollen cheek | _____ | _____ | _____ |
| 79. | D.D. | Photo of D.D.'s right ear | _____ | _____ | _____ |
| 80. | D.D. | Photo of D.D.'s left ear | _____ | _____ | _____ |
| 81. | D.D. | Photo of boombox at defendants' house | _____ | _____ | _____ |
| 82. | D.D. | Photo of boombox at defendants' house | _____ | _____ | _____ |
| 83. | D.D. | Photo of D.D.'s right arm | _____ | _____ | _____ |
| 84. | D.D. | Photo of D.D.'s right arm | _____ | _____ | _____ |
| 85. | D.D. | Photo of D.D.'s left arm | _____ | _____ | _____ |
| 86. | D.D. | Photo of D.D.'s left arm | _____ | _____ | _____ |
| 87. | D.D. or Katy Wade or Anthony Meehan | Aerial photo of playground at Bicentennial Park, 2003 | _____ | _____ | _____ |
| 88. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 89. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | _____ | _____ | _____ |
| 90. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | _____ | _____ | _____ |
| 91. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | _____ | _____ | _____ |
| 92. | D.D. or Katy Wade or Anthony Meehan | Photo of baseball field at Bicentennial Park | _____ | _____ | _____ |
| 93. | D.D. or Katy Wade | Aerial photo of Bicentennial Park, 2001 | _____ | _____ | _____ |
| 94. | D.D. | Photo of covered bench at Bicentennial Park | _____ | _____ | _____ |
| 95. | D.D. | Photo of covered bench at Bicentennial Park | _____ | _____ | _____ |
| 96. | D.D. | Photo of bathroom at Bicentennial Park | _____ | _____ | _____ |
| 97. | D.D. | Photo of thank you note to D.D. | _____ | _____ | _____ |
| 98. | D.D. or Mary Thomson | Instagram post by Mary Thomson with D.D. | _____ | _____ | _____ |
| 99. | D.D. or Anthony Meehan | Photo of fashion shoot with Anthony Meehan | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 100. | D.D. or Anthony Meehan | Photo of fashion shoot with Anthony Meehan | _____ | _____ | _____ |
| 101. | D.D. | Photo of D.D.'s torn T-shirt | _____ | _____ | _____ |
| 102. | D.D. or SSA Keith Knowles | D.D.'s torn T-shirt | _____ | _____ | _____ |
| 103. | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. | _____ | _____ | _____ |
| 104. | D.D. or Matthew Markovich | Audio recording of defendants speaking to D.D. | _____ | _____ | _____ |
| 105. | D.D. or SSA Keith Knowles | D.D.'s backpack | _____ | _____ | _____ |
| 106. | D.D. or SSA Keith Knowles | D.D.'s purse | _____ | _____ | _____ |
| 107. | D.D. or SSA Keith Knowles | Photo D.D. brought with her when she escaped | _____ | _____ | _____ |
| 108. | D.D. or SSA Keith Knowles | Photo D.D. brought with her when she escaped | _____ | _____ | _____ |
| | D.D. or SSA Keith Knowles | Photo D.D. brought with her when she escaped | _____ | _____ | _____ |
| 109. | Hassane Diane | Photo of the defendants' home | _____ | _____ | _____ |
| 110. | Hassan Diane | Photo of D.D. | _____ | _____ | _____ |
| 111. | Hassan Diane | Photo of D.D. with defendants' family | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 112. | Leslie Dompka | Photo of D.D. | _____ | _____ | _____ |
| 113. | Mashid Golbarani or D.D. | Photo of D.D. with members of youth group | _____ | _____ | _____ |
| 114. | Mashid Golbarani or D.D. | Photo of D.D. with Members of youth group and tree | _____ | _____ | _____ |
| 115. | Mashid Golbarani or D.D. | Video of D.D. with Members of youth group | _____ | _____ | _____ |
| 116. | SSA Knowles | D.D. NIV Applicant | _____ | _____ | _____ |
| 117. | SSA Knowles | D.D. Passport/Visa | _____ | _____ | _____ |
| 118. | SSA Knowles | Copy of D.D. Passport/ Visa | _____ | _____ | _____ |
| 119. | SSA Knowles | Stamped I-94 Form from D.D. Passport (original) | _____ | _____ | _____ |
| 119A. | SSA Knowles | Stamped I-94 Form from D.D. Passport (copy) | _____ | _____ | _____ |
| 120. | SSA Knowles | TECS-PCQ Database Screenshot | _____ | _____ | _____ |
| 121. | SSA Knowles | Texas DPS Datatbase Screenshot | _____ | _____ | _____ |
| 122. | SSA Knowles | NNSV Database Screenshot | _____ | _____ | _____ |
| 123. | SSA Knowles | NNSV Database Screenshot | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 124. | SSA Knowles | Comm. Air Border Crossing For D.D. in 2000 | _____ | _____ | _____ |
| 125. | SSA Knowles | Air France No. 36 Passenger List | _____ | _____ | _____ |
| 126. | SSA Knowles | Comm. Air Border Crossing For Boumbouya & Cros | _____ | _____ | _____ |
| 127. | SSA Knowles | Djana Cros NIV Applicant | _____ | _____ | _____ |
| 128. | SSA Knowles | Comm. Air Border Crossing For Hadja Toure | _____ | _____ | _____ |
| 129. | SSA Knowles | Passenger List for Delta Flight No. 48 | _____ | _____ | _____ |
| 130. | SSA Knowles | Carroll ISD School Records | _____ | _____ | _____ |
| 131. | SSA Knowles | Flower Mound Medical Medical Records | _____ | _____ | _____ |
| 132. | SSA Knowles | Texas A&M Dental Records | _____ | _____ | _____ |
| 133. | SSA Knowles | Audio Recording of Agents' Mohamed Toure | _____ | _____ | _____ |
| 134. | SSA Knowles | DOJ/D.Ed. Letter | _____ | _____ | _____ |
| 135. | SSA Knowles | DOJ/D.Ed. Fact Sheet | _____ | _____ | _____ |
| 136. | SSA Knowles | Transcript of Audio Recording, Part 1 | _____ | _____ | _____ |
| 137. | SSA Knowles | Transcript of Audio Recording, Part 2 | _____ | _____ | _____ |
| 138. | Matthew Markovich or D.D. | Video from D.D.'s iPod Touch IMG 2180.MOV | _____ | _____ | _____ |

Government's Amended Exhibit List - Page 11

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 139. | Matthew Markovich or D.D. | Video from D.D.'s iPod Touch IMG 2191.MOV | _____ | _____ | _____ |
| 140. | Matthew Markovich or D.D. | Video from D.D.'s iPod Touch IMG 2791.MOV | _____ | _____ | _____ |
| 141. | Matthew Markovich or D.D. | Video from D.D.'s Kindle VID_20160323_092421.mp4 | _____ | _____ | _____ |
| 142. | Matthew Markovich or D.D. | Video from D.D.'s Kindle IMG_2699-3.MOV | _____ | _____ | _____ |
| 143. | Matthew Markovich or D.D. | Video from D.D.'s Kindle VID_20151120_080222.mp4 | _____ | _____ | _____ |
| 144. | Matthew Markovich or D.D. | Video from D.D.'s Kindle VID_20160813_091856.mp4 | _____ | _____ | _____ |
| 145. | Darryl Mayhew | Southlake Police Report | _____ | _____ | _____ |
| 146. | Anna Mason | Translation of audio recording | _____ | _____ | _____ |
| 146A. | Anna Mason | Transcript of audio recording | _____ | _____ | _____ |
| 147. | Anthony Meehan or Katy Wade or Leslie Dompka | Photo of outside of defendants' house | _____ | _____ | _____ |
| 148. | Anthony Meehan or Katy Wade or Leslie Dompka | Photo of outside of defendants' house | _____ | _____ | _____ |
| 149. | Anthony Meehan or Katy Wade or Leslie Dompka | Photo of outside of defendants' house | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 150. | Anthony Meehan or Katy Wade or Leslie Dompka | Photo of outside of defendants' house | _____ | _____ | _____ |
| 151. | Anthony Meehan or D.D. | Photo of Anthony Meehan at D.D. | _____ | _____ | _____ |
| 152. | Arnetta Shams | Messenger Communications For Aug. 10-11 | _____ | _____ | _____ |
| 153. | Arnetta Shams | Messenger Communications For. Aug. 12 | _____ | _____ | _____ |
| 154. | Arnetta Shams | Messenger Communications For Aug. 15-16 | _____ | _____ | _____ |
| 155. | Arnetta Shams | Messenger Communications For Aug. 17 | _____ | _____ | _____ |
| 156. | Arnetta Shams | Photo of D.D. | _____ | _____ | _____ |
| 157. | Arnetta Shams | Photo of D.D. | _____ | _____ | _____ |
| 158. | Arnetta Shams | Photo of D.D. | _____ | _____ | _____ |
| 159. | Derrick Shepherd | Wage & Hour Table 1 | _____ | _____ | _____ |
| 160. | Derrick Shepherd | Wage & Hour Table 2 | _____ | _____ | _____ |
| 161. | Derrick Shepherd | Wage & Hour Table 3 | _____ | _____ | _____ |
| 162. | James Showers | Letter from Mohamed Toure | _____ | _____ | _____ |
| 163. | James Showers | Letter from Mahon & McDonald | _____ | _____ | _____ |
| 164. | Mary Thomson | Instagram Photo of D.D. | _____ | _____ | _____ |
| 165. | Mary Thomson | Audio of June 23 Voicemail of D.D. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 166. | Mary Thomson | Audio of July 11 Voicemail of D.D. | _____ | _____ | _____ |
| 167. | Mary Thomson | Text Message on July 11 | _____ | _____ | _____ |
| 168. | Mary Thomson | Audio of July 12 Voicemail of D.D. | _____ | _____ | _____ |
| 169. | Mary Thomson | Text Message on Aug. 8 | _____ | _____ | _____ |
| 170. | Mary Thomson | Audio of Aug. 9 Voicemail of D.D. | _____ | _____ | _____ |
| 171. | Mary Thomson | Cell Phone Screenshot Aug. 13 | _____ | _____ | _____ |
| 172. | Mary Thomson | Audio of Aug. 15 Voicemail of D.D. | _____ | _____ | _____ |
| 173. | Mary Thomson | Cell Phone Screenshot Aug. 15 | _____ | _____ | _____ |
| 174. | Mary Thomson | Cell Phone Screenshot Aug. 16-17 | _____ | _____ | _____ |
| 175. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |
| 176. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |
| 177. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |
| 178. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |
| 179. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 180. | Katy Wade | Photo of her former home, 540 Briarridge Rd. | _____ | _____ | _____ |
| 181. | Katy Wade | Photo of Sara Toure | _____ | _____ | _____ |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


*s/ Rebekah J. Bailey*
REBEKAH J. BAILEY
Trial Attorney
U.S. Department of Justice, Civil Rights Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
State Bar of Texas, Bar Card No. 24079833


## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a Notice of Electronic Filing to the following parties: Scott Palmer, Brady Wyatt, and David Finn, who have consented in writing to accept this Notice as service of this document by electronic means.

*s/ Rebekah J. Bailey*
REBEKAH J. BAILEY
Trial Attorney