IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-CR-230-O |
| MOHAMED TOURE (02) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO COMPEL DISCOVERY

The United States of America, by and through undersigned counsel, respectfully responds to the Defendant's Motion to Compel Discovery. Dkt. 88. Prior to the defendant's filing of the Motion to Compel Discovery, the government informed defense counsel that it would provide the requested "notes, texts, emails, and recordings" for review at the U.S. Attorney's Office. Prior to this Court's Order, Dkt. 94, instructing the government to respond, defense counsel arranged to view the materials in question at the U.S. Attorney's Office on January 3, 2019. The government has conferred with defense counsel and defense counsel confirmed that government has complied with the relief it sought by filing the Motion to Compel Discovery.

**Government's Response to Defendant's Motion to Compel - Page1**

In accordance with the Court's Order, the government will provide an ex parte, sealed copy of the pertinent notes for the court to review.

                                        Respectfully submitted,

                                        */s/ William E. Nolan*
                                        WILLIAM E. NOLAN
                                        Trial Attorney
                                        U.S. Department of Justice, Civil Rights Division
                                        950 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20530
                                        State Bar of Maryland, Bar Card No. 0012130143

                                        */s/ Rebekah J. Bailey*
                                        REBEKAH J. BAILEY
                                        Trial Attorney
                                        U.S. Department of Justice, Civil Rights Division
                                        950 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20530
                                        State Bar of Texas, Bar Card No. 24079833

                                        */s/ Alex C. Lewis*
                                        ALEX C. LEWIS
                                        Assistant United States Attorney
                                        Missouri State Bar No. 47910
                                        801 Cherry Street, Suite 1700
                                        Fort Worth, Texas 76102
                                        Telephone:   817.252.5200
                                        Facsimile:    817.252.5455

## CERTIFICATE OF SERVICE

     I hereby certify that on January 3, 2019, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a Notice of Electronic Filing to the following parties: Brady Wyatt, and David Finn, who have consented in writing to accept this Notice as service of this document by electronic means.

                                       */s/ William E. Nolan*
                                       WILLIAM E. NOLAN
                                       Trial Attorney